UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE LEWIS,

        Plaintiff,

v.

        Civil Case No.
        Hon.

MICHAEL RUDZINSKI, VERSPEETEN
CARTAGE, LTD., and LANCER INSURANCE
COMPANY,

        Defendants.

---

| | |
|---|---|
| MICHAEL J. ROTHSTEIN (P70240) | TIMOTHY S. GROUSTRA (P48966) |
| LAWRENCE R. ROTHSTEIN (P19697) | MICHAEL J. PESESKI (P43972) |
| ROTHSTEIN LAW GROUP, PLC | EDUARDO T. REYES (P75638) |
| Attorneys for Plaintiff | DICKIE, MCCAMEY, & CHILCOTE, P.C. |
| 19068 W. Ten Mile Road | Attorneys for Defendant Rudzinski |
| Southfield, MI 48075 | 89 Kercheval Avenue, Suite 200 |
| (248) 355-2048 | Grosse Pointe Farms, MI 48236 |
| mjr@rothsteinlawgroup.com | (313) 308-2030 |
| lrr@rothsteinlawgroup.com | tgroustra@dmclaw.com |

---

### INDEX OF EXHIBITS TO NOTICE OF REMOVAL

    A.    Plaintiff's Complaint

    B.    Defendant MICHAEL RUDZINSKI's Answer to Plaintiff's Complaint

    C.    Defendant LANCER INSURANCE COMPANY's Answer to Plaintiff's Complaint

    D.    Notice to Adverse Party of Removal to Federal Court will be filed with the clerk of the Circuit Court of the County of Wayne.

8660267.1